UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-135-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DELONTE JAVON BROOKS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's *pro se* Motion for Return of Property (#49). As defendant is represented by counsel, the Local Criminal Rules prohibit *pro se* pleadings where defendant is represented by counsel. LCR 47.1(D) and (H). Further, such a request is prohibited by the terms of the Plea Agreement. However, the government does not object to defendant's counsel reaching out for return of non-evidentiary and non-contraband property. Having thus considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motion for Return of Property (#49) is **DENIED**. Defendant is encouraged to consult with counsel, who in turn may forward a request for the return of non-evidentiary and non-contraband items to the U.S. Attorney's Office as outlined in the government's Response (#50). The request shall include a list of the items sought and contact information for a designee for receipt of said items.

Signed: November 22, 2017

Max O. Cogburn Jr.
United States District Judge